GAIL C. TRABISH, ESQ. (#103482)
JASON O. BALOGH, ESQ. (#238199)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Stores, Inc., GREG
MAHER, KEVIN CROCKER and
SEBASTIAN BARRIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MCKINDLES,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET STORES, INC.; CITY OF PINOLE; OFFICER DOE BLUME; OFFICER DOE LINDBERG; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: C 09- 05759 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: December 17, 2008 |

IT IS HEREBY STIPULATED by and between Plaintiff MARCIA MCKINDLES, by and through her attorney of record, Curtis L. Johnson., and Defendant TARGET STORES, a division of Target Corporation, GREG MAHER, KEVIN CROCKER and SEBASTIAN BARRIE, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, all DEFENDANTS pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

////

////

1  IT IS SO STIPULATED.

2  DATED: February 11, 2010

3                                              CURTIS L. JOHNSON AND ASSOCIATES

5                                              By: _____
6                                                   CURTIS L. JOHNSON
                                                    Attorneys for Plaintiff
7                                                   MARCIA MCKINDLES

8  DATED: February 10, 2010                   BOORNAZIAN, JENSEN & GARTHE
9                                              A Professional Corporation

11                                             By: _____
                                                    GAIL C. TRABISH, ESQ.
12                                                  Attorneys for Defendant
                                                    TARGET STORES, a division
13                                                  of Target Corporation, erroneously
                                                    sued herein as Target Corporation, GREG
14                                                  MAHER, KEVIN CROCKER and SEBASTIAN
15                                                                  BARRIE

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

22  DATED: 3/12/10

23                                             _____
                                                UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

25  25880\492176

-2-
STIPULATION OF DISMISSAL - Case No.: C 09-05759 PJH

## PROOF OF SERVICE BY MAIL
### (C.C.P. SECTIONS 1013(a) -2015.5)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, Oakland, California 94607.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Curtis L. Johnson, Esq.                **Attorneys for Plaintiff**
CURTIS L. JOHNSON AND
ASSOCIATES
2225 Buchanan Road  Suite C
Antioch, CA 94509
(925) 779-9456  Phone
(925) 779-1973  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on February 24, 2010.

*Catherine Borbridge* (signature)
Catherine Borbridge

25880